```
 1  STEPHANIE YONEKURA
    Acting United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MONICA E. TAIT (Cal. Bar No. 157311)
    Assistant United States Attorney
 6  Major Frauds Section
         1100 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-6166/2931
         Facsimile: (213) 894-7177/6269
 9       E-mail:    Steven.Welk@usdoj.gov
                    Monica.Tait@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 06-7095 SVW (CWx) |
|---|---|
| Plaintiff, | STIPULATION RE: DISMISSAL |
| v. | |
| $299,912.00 IN ACCOUNT FUNDS, | |
| Defendant. | |
| K.D. MATTOX, STEPHEN YAGMAN, AND DAVID R. KITTAY, IN HIS CAPACITY AS CHAPTER 7 BANKRUPTCY TRUSTEE, | |
| Claimants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff United States of America and Claimants K.D. Mattox, Stephen Yagman, and David R. Kittay, as Trustee of the bankruptcy estate of Stephen Yagman in case number 99-11958 (Southern District of New York) ("Bankruptcy Trustee"), as follows:

1. The parties having reached a settlement of this matter on 10/02/14, the undersigned, constituting all of the current parties to this case, agree that this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. K.D. Mattox and Stephen Yagman hereby release the United States of America, its agencies, agents, officers and attorneys from any and all claims, actions or liabilities arising out of or related to the commencement of this case, including, without limitation, any claim for attorney's fees, costs, or interest which may be asserted on their behalf, whether pursuant to 28 U.S.C. § 2465 or otherwise. Mattox and Yagman waive all rights to appeal. ~~Mattox and Yagman agree to the entry of a certificate of reasonable cause pursuant to 28 U.S.C. § 2465~~.

SO STIPULATED.

Dated: 10/02/14

_K.D. Mattox_
K.D. MATTOX, Claimant

Dated: 10/02/14

_Stephen Yagman_
STEPHEN YAGMAN, Claimant

Dated: 10/2/14

_signature_
HELEN R. FRAZER
Atkinson, Andelson, Loya, Ruud & Romo
Attorneys for claimant DAVID R. KITTAY, IN HIS CAPACITY AS CHAPTER 7 BANKRUPTCY TRUSTEE

(SIGNATURE OF COUNSEL FOR UNITED STATES APPEARS ON PAGE 3)

Dated: 10/2/14

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

*/s/ Monica Tait*

STEVEN R. WELK
MONICA E. TAIT
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA